CO-386-online
10/03

# United States District Court
# For the District of Columbia

EDWARD W. SPARROW HOSPITAL )
ASSOCIATION d/b/a SPARROW HOSPITAL )
)
)
            vs      Plaintiff )    Civil Action No._____
)
MICHAEL O. LEAVITT, SECRETARY )
OF HEALTH AND HUMAN SERVICES )
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Edward W. Sparrow Hospital Association  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Edward W. Sparrow Hospital Association  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MI 0016
BAR IDENTIFICATION NO.

Kenneth R. Marcus
Print Name

2290 First National Building
Address

Detroit    MI    48226
City    State    Zip Code

(313) 465-7470
Phone Number