UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD W. SPARROW HOSPITAL ASSOCIATION
D/B/A SPARROW HOSPITAL

      Plaintiff,

vs.

MICHAEL O. LEAVITT, Secretary
United States Department of Health and Human Services

      Defendant.
_____/

CIVIL ACTION NO. 1:08-cv-01021

Assigned to: Collyer, Rosemary M.

## PROOF OF SERVICE

I certify that I caused a copy of Plaintiffs' Civil Cover Sheet, Complaint, Certificate of Rule LCvR7.1, and Summons delivered via United States Certified Mail to the following person:

> **Michael O. Leavitt, Secretary**
> **Department of Health and Human Services**
> **Room 615-F, Hubert H. Humphrey Building**
> **200 Independence Avenue, SW**
> **Washington, DC 20201**

Attached hereto as Exhibit A is a copy of the U.S. Postal Service Domestic Return Receipt #7001 2510 0008 4399 9107, served June 23, 2008.

      Respectfully submitted,
      HONIGMAN MILLER SCHWARTZ AND COHN LLP

      _/s/ Kenneth R. Marcus_
      Kenneth R. Marcus (P# 36803)
      Honigman Miller Schwartz and Cohn LLP
      2290 First National Bldg., 660 Woodward Ave.
      Detroit, MI 48226
      Tel: 313-465-7470
      Fax: 313-465-7471
      kmarcus@honigman.com
Dated: June 30, 2008      Attorneys for Plaintiffs

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Lawrence_ C. Date of Delivery _6-23-08_ |
| 1. Article Addressed to:<br>Mr. Michael O. Leavitt<br>Secretary of Health and Human Services<br>Room 615-F<br>Hurbert H. Humphrey Building<br>200 Independence Avenue SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0008 4399 9107 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD W. SPARROW HOSPITAL ASSOCIATION
D/B/A SPARROW HOSPITAL

      Plaintiff,

vs.

MICHAEL O. LEAVITT, Secretary
United States Department of Health and Human Services

      Defendant.
_____/

CIVIL ACTION NO. 1:08-cv-01021

Assigned to: Collyer, Rosemary M.

## PROOF OF SERVICE

I certify that I caused a copy of Plaintiffs' Civil Cover Sheet, Complaint, Certificate of Rule LCvR7.1, and Summons delivered via United States Certified Mail to the following person:

> **Michael O. Leavitt, Secretary**
> **Department of Health and Human Services**
> **Room 615-F, Hubert H. Humphrey Building**
> **200 Independence Avenue, SW**
> **Washington, DC 20201**

Attached hereto as Exhibit A is a copy of the U.S. Postal Service Domestic Return Receipt #7001 2510 0008 4399 9107, served June 23, 2008.

Respectfully submitted,
HONIGMAN MILLER SCHWARTZ AND COHN LLP

_____
Kenneth R. Marcus (P# 36803)
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg., 660 Woodward Ave.
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com
Attorneys for Plaintiffs

Dated: June 30, 2008

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_Lawrenc_   6-23-08 |
| 1. Article Addressed to:<br><br>Mr. Michael O. Leavitt<br>Secretary of Health and Human Services<br>Room 615-F<br>Hurbert H. Humphrey Building<br>200 Independence Avenue SW<br>Washington, DC 20201 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7001 2510 0008 4399 9107 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |