UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD W. SPARROW HOSPITAL ASSOCIATION
D/B/A SPARROW HOSPITAL

      Plaintiff,

vs.

MICHAEL O. LEAVITT, Secretary
United States Department of Health and Human Services

      Defendant.
_____/

CIVIL ACTION NO. 1:08-cv-01021

Assigned to: Collyer, Rosemary M.

## PROOF OF SERVICE

I certify that I caused a copy of Plaintiffs' Civil Cover Sheet, Complaint, Certificate of Rule LCvR7.1, and Summons delivered via United States Certified Mail to the following person:

**Michael B. Mukasey, Attorney General of the United States**
**Department of Justice**
**Room B-103, 950 Pennsylvania Avenue, SW**
**Washington, DC 20530**

Attached hereto as Exhibit A is a copy of the U.S. Postal Service Domestic Return Receipt #7004 2510 0001 4368 7978, served June 23, 2008.

Respectfully submitted,
HONIGMAN MILLER SCHWARTZ AND COHN LLP

_____
Kenneth R. Marcus (P# 36803)
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg., 660 Woodward Ave.
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com
Attorneys for Plaintiffs

Dated: June 30, 2008

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUN 2 3 2008 |
| 1. Article Addressed to:<br><br>Mr. Michael B. Mukasey<br>Attorney General of the United States<br>Department of Justice<br>Room B-103<br>950 Pennsylvania Avenue SW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 4368 7978 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540