IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDWARD W. SPARROW HOSPITAL ASSOCIATION d/b/a SPARROW HOSPITAL,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br><br>Defendant.  ) | Civ. Action No. 1:08cv001021 (RMC) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including September 22, 2008, within which to respond to Plaintiff's Complaint. In support of this Motion, the Secretary states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. The Secretary's response to Plaintiff's Complaint is currently due on August 22, 2008.

4. The Medicare payment issues and legal issues in this case are complex and require careful investigation of the administrative record before the Secretary answers or otherwise

responds to the Complaint.

5. The Office of the Attorney Advisor ("OAA") within the Center for Medicare and Medicaid Services is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

6. Counsel for the Secretary has not yet received a copy of the administrative record for this case from OAA. Once the Secretary's counsel has received the administrative record, he will need time to review the record, consult with the agency as necessary and prepare an appropriate response to Plaintiff's Complaint.

7. To allow sufficient time for all of the above to occur, the Secretary respectfully requests an enlargement of time of 30 days, up to and including September 22, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

8. This is the first enlargement of time sought by either party in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

9. Pursuant to Local Civil Rule 7(m), on August 14, 2008, the Secretary's counsel conferred with counsel for Plaintiff via telephone. Plaintiff's counsel stated that Plaintiff consents to the requested relief.

10. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                                      Respectfully submitted,

                                      /s/
                                    JEFFREY A. TAYLOR
                                    United States Attorney
                                    D.C. Bar No. 498610

                                      /s/
                                    CHRISTOPHER B. HARWOOD
                                    Assistant United States Attorney
                                    New York Registration No. 4202982
                                    555 Fourth Street, N.W.
                                    Washington, DC 20530
                                    (202) 307-0372
                                    (202) 514-8780 (fax)

                                      /s/
                                    DAVID HOSKINS
                                    U.S. Department of Health and Human Services
                                    Office of the General Counsel
                                    Centers for Medicare and Medicaid Services
                                    330 Independence Ave., S.W., Room 5309
                                    Washington, D.C. 20201

                                    Attorneys for Defendant,
                                    Michael O. Leavitt,
                                    Secretary of Health and Human Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD W. SPARROW HOSPITAL ASSOCIATION d/b/a SPARROW HOSPITAL, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 1:08cv001021 (RMC) ) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) |
| Defendant. | ) ) |

**<u>ORDER</u>**

Having considered Defendant's Consent Motion for Enlargement of Time within which to Respond to the Complaint (Defendant's "Consent Motion"), and the entire record herein, it is this _____ day of _____, 2008:

ORDERED that Defendant's Consent Motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall file its response to the Complaint by September 22, 2008.

_____<br>
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel